IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC MADISON, #197415, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:04cv728-MHT |
| | )   (WO) |
| STEPHEN BULLARD, et al., | ) |
| | ) |
|     Respondents. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 5, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1.     The petition for habeas corpus relief filed by Cedric Madison is DENIED as Madison failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

2.     This case is DISMISSED with prejudice.

Done this the 25th day of May 2006.

                                                                         /s/ Myron H. Thompson
                                                  UNITED STATES DISTRICT JUDGE