IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC MADISON, #197415, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04cv728-MHT |
| | ) | (WO) |
| STEPHEN BULLARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied, and that this action be and hereby is dismissed with prejudice.

Done this the 25th day of May 2006.

                                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE